IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30572
Summary Calendar
_____

LIONELL J. DAVIS,

                                    Plaintiff-Appellant,

versus,

RICHARD L. STALDER; C. MARTIN LENSING, Warden;
C. DAVID RAGLAND; C. SCROPSHIRE, LT.,

                                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CV-2024
- - - - - - - - - -

October 3, 1996
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

     Because Lionell J. Davis (#118554) makes no argument that
challenges the district court's dismissal of his civil-rights
action, his motion for leave to proceed in forma pauperis ("IFP")
on appeal is DENIED.  See Carson v. Polley, 689 F.2d 562, 586
(5th Cir. 1982).  Because only Davis signed the notice of appeal,
he is the only appellant moving for IFP.  Carter v. Stalder, 60
F.3d 238, 239 (5th Cir. 1995).  The appeal is DISMISSED.  See 5th
Cir. R. 42.2.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

IFP DENIED; APPEAL DISMISSED.